UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C.O.<br><br>                Plaintiff,<br><br>v.<br><br>BENTON COUNTY, a municipal corporation in the State of Washington,<br><br>                Defendant. | NO: 2:14-CV-124-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(i), ECF No. 10. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 10**, is **APPROVED**. Plaintiff's Complaint is dismissed **without** prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 4th day of June 2014.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                        Chief United States District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2